## 56947. MOORE v. THE STATE.

DEEN, Chief Judge.

The judgment of this court in the above styled case (148 Ga. App. 469) having been reversed by the Supreme Court 243 Ga. 594 (1979), our judgment reversing the judgment of the trial court is vacated and the judgment of conviction is affirmed.

*Judgment affirmed. Smith and Banke, JJ., concur.*

SUBMITTED NOVEMBER 14, 1978 — DECIDED JUNE 19, 1979.

*Guy B. Scott, Jr.,* for appellant.

*Harry N. Gordon, District Attorney, B. Thomas Cook, Jr., James M. Skipper, Jr., Assistant District Attorneys,* for appellee.